THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ERIKA FELIX-MEDINA,<br><br>                Defendant. | Case No. CR14-200RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL |

      TH COURT having considered defendant's Motion for Leave to File Sentencing Memorandum Under Seal, the Court hereby makes the following findings:

      Defendant's Sentencing Memorandum contains an exhibit of medical records of a highly personal nature that should not be in the public record. For this reason, Defendant's Motion for Leave to File Sentencing Memorandum Under Seal (Dkt. #291) is hereby GRANTED.

      DATED this 22nd day of January, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO SEAL - 1