THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>   v.<br><br>ERIKA FELIX-MEDINA,<br><br>                   Defendant. | Case No. CR14-200RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME FOR DEFENDANT TO REPORT TO THE BUREAU OF PRISONS |

TH COURT having considered Defendant's Motion to Extend the Time for Defendant to Report to the Bureau of Prisons, and the files and records herein, and there being no opposition filed by the Government, it is hereby

ORDERED that Defendant's Motion to Extend Time for Defendant to Report to the Bureau of Prisons (Dkt. #297) is GRANTED.  Defendant is permitted to report to the Bureau of Prisons to serve her sentence no later than December 16, 2016.

DATED this 26th day of February, 2016.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1