THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ERIKA FELIX-MEDINA,<br><br>　　　　　　　　　Defendant. | Case No. CR14-200RAJ<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND THE TIME FOR DEFENDANT TO REPORT TO THE BUREAU OF PRISONS |

THE COURT having considered Defendant's Second Motion to Extend the Time for Defendant to Report to the Bureau of Prisons, and the files and records herein, and the government having indicated its non-opposition, it is hereby

ORDERED that Defendant's Second Motion to Extend Time for Defendant to Report to the Bureau of Prisons (Dkt. #308) is GRANTED.  Defendant is permitted to report to the Bureau of Prisons to serve her sentence no later than February 17, 2017.

DATED this 9th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1